# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No.  99 - 3624

_____

In re: MARK K. MCNUTT         *
                              *
        Debtor                *
                              *
----------------------------------------   *
                              *
CROCKETT & BROWN, PLLC,       *
                              *   Appeal from the United States
        Claimant - Appellant, *   District Court for the Eastern
                              *   District of Arkansas.
   v.                         *
                              *   [UNPUBLISHED]
MARK K. MCNUTT,               *
                              *
        Debtor - Appellee.    *

_____

Submitted:  April 10, 2000
    Filed:  September 11, 2000

_____

Before WOLLMAN, Chief Judge, MURPHY, Circuit Judge, and GOLDBERG,[1]
    Judge.

_____

PER CURIAM.

_____

[1]The Honorable Richard W. Goldberg, Judge for the United States Court of
International Trade, sitting by designation.

Claimant-Appellant Crockett & Brown, PLLC ("Appellant") appeals from the United States District Court for the Eastern District of Arkansas. The district court affirmed the denial, by the United States Bankruptcy Court for the Eastern District of Arkansas, of Appellant's Proof of Claim. After a careful review of the record, we are satisfied that both the bankruptcy court and district court reached the correct result and conclude that an opinion would have no precedential value in this highly fact-specific case. Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

    ATTEST:

        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.